JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS,<br><br>    Plaintiff,<br><br>  vs.<br><br>VACAVILLE PSYCHIATRIC PROGRAM,<br><br>    Defendant. | Case No. CV 15-08291-CBM (DTB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: MAY 6, 2016

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE